# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL DESAUTELS,<br><br>        Plaintiff,<br><br>   v.<br><br>SEARS HOLDINGS CORPORATIONS, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00483 LJO JLT<br><br>ORDER REASSIGNING CASE<br><br>Old Case Number:  1:16-cv-00483 LJO JLT<br><br>New Case Number: 1:16-cv-00483 JLT |

The parties have indicated their willingness to consent to Magistrate Judge jurisdiction for all further proceedings in this case, including trial and entry of final judgment, in accordance with 28 U.S.C. § 636(c)(1).  (Doc. 6; Doc. 7 at 5[1])  Accordingly, the Court **ORDERS**:

1.      This case is REASSIGNED to Jennifer L. Thurston, Magistrate Judge, for all future proceedings and RENUMBERED as 1:16-cv-00483 JLT. The parties shall use this number in all future filings.

IT IS SO ORDERED.

Dated:  **July 5, 2016**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE

---

[1] In addition, the plaintiff's counsel confirmed on the record on 7/1/16 (Doc. 8) that Ms. Desautels does consent to magistrate judge jurisdiction.