# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL DESAUTELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KMART,<br><br>　　　　　Defendant. | Case No.: 1:16-CV-0483- JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THIS CASE<br><br>(Doc. 13) |

　　　　On December 16, 2016, the parties parties filed a stipulation to dismiss the action. (Doc. 13) Federal Rules of Civil Procedure Rule 41 provides that "the plaintiff may dismiss an action without a court order by filing: "the plaintiff may dismiss an action without a court order by filing. . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

　　　　Accordingly, the Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal without prejudice filed and properly signed pursuant to Rule 41(a).

IT IS SO ORDERED.

　　Dated:　**December 19, 2016**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE